1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CANNON and PATRICIA CANNON,<br><br>        Plaintiffs,<br><br>   vs.<br><br>FIRST OHIO BANC & LENDING, INC., et al.,<br><br>        Defendants.<br>_____ | Case No.: CV 12-1013 DSF (JEMx)<br><br>JUDGMENT |

The Court having previously issued an Order to Show Cause re Dismissal for Lack of Prosecution, and Plaintiffs not having timely responded, and the Court having previously dismissed the claims against certain defendants and no amended complaint having been filed,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

6/28/12

Dated: _____

_____
Dale S. Fischer
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28